THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK LIFE INSURANCE COMPANY, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission and the State Tax Department, Respondents.— Determination annulled, with fifty dollars costs and disbursements, and proceeding remitted to State Tax Commission with directions to revise and resettle the tax in accordance with the decision of this court in *People ex rel. New York Life Insurance Co.* v. *Walsh* (198 App. Div. 34; affd., without opinion, 233 N. Y. 539), the court being of the opinion that the amendment of the statute in question* has not changed the effect of that decision. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. FULLER COMPANY v. WALTER W. LAW, JR., and Others, as and Constituting the State Tax Commission of the State of New York.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. STATE TAX COMMISSION, Appellant. (Town of Stockport.) — Motion granted.

EDWARD J. QUINN, Appellant, v. THOMAS MCCOCHRANE, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the defense alleged an entry by a third party, which may be proved under the general denial but which is not the subject of an affirmative defense. All concur.

ALICE RYAN, as Administratrix, etc., of EDWARD F. RYAN, Deceased, Appellant, v. THE FEENEY & SHEEHAN BUILDING COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH M. RUNG, Respondent, v. THE CITY OF NEW YORK (BRONX PARKWAY COMMISSION), Appellant.- Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ISRAEL SEIDMAN, Respondent, v. TRACHTENBERG & KASMINSKY and Another, Appellants.— Motion granted, unless within twenty days appellants perfect appeal, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. EMILY SILNY, Respondent, v. LARRY J. MARGULIES and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. ANNA TEALDO, Respondent, v. AIMONE & CRESTO and Another, Appellants.— Motion denied.

JESSIE M. TEMPLE, Respondent, v. WILLIAM H. KEELER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

ALICE WASSON, Appellant, v. WILLIAM J. STOOPS, Respondent.— Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event, on the ground that there were questions of fact for the jury both as to the negligence of the defendant and the contributory negligence of the plaintiff. All concur.

---

* See Tax Law, § 187, as amd. by Laws of 1919, chap. 625. See Laws of 1923, chap. 542, since amdg. said § 187.— [REP.